IRVING I. DOLOWICH, Respondent, v. B. WOLLMAN & BROS., INC., et al., Appellants.—

No opinion. Carswell, Acting P. J., Johnston, Wenzel, Mac-Crate and Schmidt, JJ., concur.